SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JON GABRIEL REQUENA,<br><br>Defendant. | Case No.:     2:24-mj-0414-BNW<br><br>**STIPULATION TO CLOSE CASE** |

IT IS STIPULATED AND AGREED, by and between SIGAL CHATTAH, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and George Robinson, Esquire, counsel for the defendant Jon Gabriel Requena, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1.      On or about July 24, 2024, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1) *See* ECF No. 7.

2.      The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) shall complete an eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months.

3.      On July 24, 2024, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 7.

4.      Since commencing his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), (iv) and (v).

///
///
///
///
///
///
///
///
///
///
///
///
///
///

5.      As such, the parties jointly request that the defendant be allowed to withdraw his guilty plea to count one and the government moves to amend count one to Reckless Driving.  The parties also jointly request that the above-captioned matter be closed.

DATED this 1st day of July, 2025.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

_/s/    George Robinson_          
GEORGE ROBINSON, ESQ.
Attorney for Defendant
**JON GABRIEL REQUENA**

_/s/ Skyler Pearson_          
SKYLER PEARSON
Assistant United States Attorney

1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF NEVADA**

6  UNITED STATES OF AMERICA,    )
                            )
7          Plaintiff,           )
                            )    Case No.:    2:24-mj-0414-BNW
8  vs.                             )
9                              )    **ORDER TO CLOSE THE CASE**
10 JON GABRIEL REQUENA,        )
                            )
11         Defendant.      )
                            )
12 _____)

13        Based on the pending Stipulation of counsel, and good cause appearing therefore, the

14 Court finds that:

15        1.     Defendant Jon Gabriel Requena has successfully completed the conditions of

16 his sentencing.

17

18                                **ORDER**

19        IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea

20 to count one and the that count one be amended to Reckless Driving.

21        IT IS HEREBY ORDERED that the parties move the Court in the above-captioned

22 matter case be closed, as all requirements have been completed.

23

24        DATED this _____8th_____ day of July, 2025

25

26

27                           _____

28                           UNITED STATES MAGISTRATE JUDGE